In the Matter of ROBERT WARD et al., Petitioners, and JUSTO RICHARDS, Appellant, v ELIOT SPITZER, Respondent.

Submitted April 9, 2007; decided June 7, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally

determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.